UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6018 CR-FERGUSON**

18 U.S.C. § 922(g)(1)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GLENDRICK LOMAX,

 Defendant.

_____ /

### INDICTMENT

The Grand Jury charges that:

On or about December 1, 1999, at Broward County, in the Southern District of Florida, the defendant,

GLENDRICK LOMAX,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting interstate commerce, to wit, a Crown City



Arms .45 caliber semi-automatic pistol, serial number A01243, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA        CASE NO. _____

v.                              **CERTIFICATE OF TRIAL ATTORNEY***

<u>GLENDRICK LOMAX</u>            Superseding Case Information:

**Court Division**: (Select One)     New Defendant(s)        ___ Yes  ___ No
                                     Number of New Defendants  _____
___ Miami    ___ Key West            Total number of counts    _____
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   <u>No</u>
   List language and/or dialect   _____

4. This case will take    <u>3</u>   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_         Petty       ____
   II   6 to 10 days     ____        Minor       ____
   III  11 to 20 days    ____        Misdem.     ____
   IV   21 to 60 days    ____        Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   <u>No</u>
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    <u>No</u>

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes  ___ No

                                   _____
                                   ROBIN S. ROSENBAUM
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Florida Bar No. 908223

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: <u>GLENDRICK LOMAX</u>   No. _____

Count #: I   <u>18 U.S.C. 922(g)(1):  Possession of a firearm by a convicted felon</u>

<u>*Max. Penalty: Ten years' imprisonment and $250,000 fine</u>

<u>Count #:</u> _____

*Max. Penalty: _____
<u>Count #:</u> _____

<u>Max. Penalty:</u> _____

Count #: _____

Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

<u>*Max. Penalty:</u> _____
**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96