# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

GLENDRICK LOMAX

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 00-6018 CR-FERGUSON

MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ___ GLENDRICK LOMAX ___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  being a convicted felon knowingly and willfully in possession of a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)__

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida - Jan. 18, 2000
Date and Location

by _Barry Seltzer_ U.S. Magistrate Judge
Name of Judicial Officer

---

|                      | RETURN |                                  |
|----------------------|--------|----------------------------------|
| This warrant was received and executed with the arrest of the above defendant at ____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |  |  |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ GLENDRICK VEADON LOMAX _____

ALIAS: _____

LAST KNOWN RESIDENCE: 20 S.W. 4TH AVENUE, DANIA BEACH, FLORIDA 33004

LAST KNOWN EMPLOYMENT: LAUDERDALE MARINE CENTER

PLACE OF BIRTH: Florida

DATE OF BIRTH: 11/11/70

SOCIAL SECURITY NUMBER: 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

HEIGHT: 6'2"                    WEIGHT: 200

SEX: Male                       RACE: African-American

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ATF