UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    Case No. 00-6018-CR-FERGUSON

GLENDRICK LOMAX,

Defendant.

_____

### ORDER OF TRANSFER TO THE CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant, Glendrick Lomax,#1 is apprehended.

DONE AND ORDERED at Miami, Florida, this 29TH day of February 2000.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

C:
U.S. ATTORNEY OFFICE
CLERK OF COURT
U.S. MARSHAL