TLL:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6018-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA

v.

GLENDRICK LOMAX

_____/

NIGHT BOX FILED
OCT 10 2002
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An indictment is pending against GLENDRICK LOMAX (DOB: 11/11/70, B/M, DC #: 182271) in the above-styled case. The defendant has been scheduled for an initial appearance before the Court on Wednesday, November 20, 2002, at the United States District Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

2. GLENDRICK LOMAX is now confined in the Calhoun Correctional Institution.

3. It is necessary to have said defendant before this Court for initial appearance and further court proceedings related to the pending indictment.

**WHEREFORE**, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said GLENDRICK LOMAX and have the subject before this Court at the time and place above specified, for an initial appearance; and upon completion of

all court proceedings in the above-styled case to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said GLENDRICK LOMAX into the custody of any United States Marshal for the aforesaid purpose.

          MARCUS DANIEL JIMENEZ
          UNITED STATES ATTORNEY

By: *[signature]*

TERRY L. LINDSEY
Assistant United States Attorney
Court Bar Number A5500037
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3557
Facsimile: (954) 356-7336
E-mail: Terry.Lindsey@usdoj.gov

cc:   Terry L. Lindsey, AUSA