UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6018-CR-FERGUSON/Snow</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NIGHT BOX |
| vs ) | FILED |
| ) | OCT 10 02 |
| GLENDRICK LOMAX, ) | CLARENCE MADDOX |
| ) | CLERK, USDC/SDFL/FTL |
| Defendant. ) | |
| _____ ) | |

### NOTICE OF REASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Terry L. Lindsey.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number: 908223
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3595
Facsimile: (954) 356-7336
E-Mail: ROBIN.ROSENBAUM@usdoj.gov



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 11th day of October, 2002

to:

Federal Public Defender's Office
South Trust Bank Building, Suite 1100
1 East Broward Boulevard
Fort Lauderdale, Florida 33301

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY