TLL:hkp

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6018-CR-FERGUSON/SNOW</u>

UNITED STATES OF AMERICA

vs

GLENDRICK LOMAX

_____ /



FILED by _____ D.C.

OCT 1 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### <u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:    ANY UNITED STATES MARSHAL, and
        WARDEN, of the Calhoun Correctional Institution

It appearing from the petition of the United States of America that GLENDRICK LOMAX (DOB: 11/11/70, B/M, DC #: 182271), a defendant in the above-styled case, is confined in the Calhoun Correctional Institution, and that said case is set for an initial appearance at the United States District Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, on Wednesday, November 20, 2002, and that it is necessary for the said defendant to be before this Court for the said proceeding and further proceedings related to the pending indictment in the above-styled case;

**NOW, THEREFORE,** this is to command you, any United States Marshal, that you have the body of the said GLENDRICK LOMAX, now in custody as aforesaid, under safe and secure conduct, before this Court at the United States District Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, on Wednesday, November 20, 2002, at 11:00 a.m., for an initial appearance on the criminal charges pending against the subject in this cause, and upon completion of all



proceedings in the above-styled case, that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Calhoun Correctional Institution, to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said GLENDRICK LOMAX (DOB: 11/11/70, B/M, DC #: 182271), for safe and secure conduct to this district for the purpose aforesaid.

**DONE and ORDERED** at Fort Lauderdale, Florida, this _16th_ day of October, 2002.


_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE


cc:    Terry L. Lindsey, AUSA
       U.S. Marshal (4 certified copies)
       Chief Probation Officer
       Pre-Trial Services