## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GLENDRICK LOMAX (J)   CASE NO: 00-6018-CR-FERGUSON

AUSA: TERRY LINDSEY - *pres*   ATTY: Bernardo Lopez

AGENT:   VIOL: 18 USC 922(g)(1)

PROCEEDING: I/A ON INDICTMENT   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: FPD

BOND SET @:   To be cosigned by:

*FILED by ___ D.C.*
*NOV 20 2002*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____.

☐ Travel extended to: _____.

☐ Halfway House _____.

*Advised of charges sworn for appt'mt of counsel.*

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 11-27 | 10 | BSS ✓ | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 12/5 | 11 | Snow ✓ | |

DATE: 11/20/02   TIME: 11:00   FTL/LSS TAPE # 02- 088   Begin: 309   End: 866

*recall @ 822*