UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6018-CR-FERGUSON

UNITED STATES OF AMERICA

vs

GLENDRICK LOMAX

ARRAIGNMENT INFORMATION SHEET

FILED by __ D.C.
NOV 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on NOVEMBER 20, 2002 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __custody__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __Federal Public Defender__

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ __Temporary PTD__

Bond hearing held: yes____ no _X_  Bond hearing set for __11-27-02__

Dated this __20TH__ day of __NOVEMBER__, 2002.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _/s/ Jenny Butler_
   Deputy Clerk

Tape No. __02-088__

cc: Copy for Judge
    AUSA