AO 442 (Rev. 12/85) Warrant for Arrest   AUSA ROBIN S. ROSENBAUM - ATF S/A BOB SMOREN

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

GLENDRICK LOMAX

**WARRANT FOR ARREST**

CASE NUMBER: 00-6018-CR-FERGUSON

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _GLENDRICK LOMAX_
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) being a convicted felon knowingly and willfully in possession of a firearm

in violation of Title __18__ United States Code, Section(s) __922(g)__

CLARENCE MADDOX
Name of Issuing Officer

_/s/ Jenny Butler_
Signature of Issuing Officer

Bail fixed at _Pretrial Detention_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Fort Lauderdale, Florida — Jan. 18, 2000
Date and Location

by _/s/ Barry Seltzer_  U.S. Magistrate Judge
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/18/00 | Edward Stubbs, Acting US Marshal S/D FL | /s/ Glen Wilner |
| DATE OF ARREST | | Glen Wilner, SDUSM |
| 11/20/02 | | |

AO 442 (Rev. 12/85) Warrant for Arrest