UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2002 NOV 22 PM 4:28

CASE NO. 00-6018-CR-FERGUSON

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

GLENDRICK LOMAX,    :

    Defendant.    :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ____ day of November, 2002 to Robin S. Rosenbaum, Assistant United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Samuel J. Smargon

S:\SMARGON\Lomax\Assign.wpd