# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: GLENDRICK LOMAX (J)#     CASE NO: 00-6018-CR-Ferguson
AUSA: Terry Lindsey /present    ATTY: FPD Amareon
AGENT:                          VIOL:
PROCEEDING: PTD HEARING         RECOMMENDED BOND:
BOND HEARING HELD - yes/no      COUNSEL APPOINTED:
BOND SET @: $250,000 CSB        To be cosigned by:
            w/ Debra

FILED by _____ D.C.
INTAKE
NOV 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew: _____
☐ Travel extended to: _____
☐ Halfway House _____

No bond priv held. Both sides stip. to a $250,000 CSB w/ Debra reserving the right to proceed w/ PTD hrg at a later date.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11-27-02  TIME: 11:00 am  FTL/BSS TAPE # 02- 091  Begin: 730  End: 780

15/04