HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

*FILED by ___ D.C. DEC - 5 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA FT. LAUD.*

DEFT   GLENDRICK LOMAX              CASE NO:  00-6018-CR-FERGUSON

AUSA  TERRY LINDSEY /pu             ATTY  FPD  Wilcox for Smargon  02-059 @ 1424

*Die out - possible plea*


DEFT_____  CASE NO:_____

AUSA_____  ATTY_____



DATE   12/5/02                      TIME   11:00

