TLL:tll

FILED BY:_____ D.C.

2002 DEC 26 PM 3: 23

CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~00-CR-F~~ERGUSON/Seltzer

00 - 6018 CR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Glendrick Lomax,

    Defendant.

_____

## NOTICE OF §924(e) SENTENCE ENHANCEMENT

THE UNITED STATES OF AMERICA, through its undersigned Assistant United States Attorney, files this notice of intent to rely upon the penalty enhancement contained in 18 U.S.C. §924(e)(1), the Armed Career Criminal Act. Be advised that the United States intends to rely upon the following prior convictions as well as any other convictions established by law enforcement or United States Probation, at sentencing, to seek the enhanced penalty:

1. Seventeenth Judicial Circuit of Florida: Convicted of Carrying a Concealed Firearm, Case number 95-14398CF10, on or about March 22, 1996.

2. Seventeenth Judicial Circuit of Florida: Convicted of Possession of Cocaine With Intent to Deliver, Case number 95-17081CF10, on or about March 22, 1996.

3. Seventeenth Judicial Circuit of Florida: Convicted of Possession of a Firearm by a Convicted Felon, Case number 91-8020CF, on or about July 22, 1991.

4. Seventeenth Judicial Circuit of Florida: Convicted of Armed Robbery, Case number 87-8458CFB, on or about February 11, 1988.



Each of the above-listed prior convictions qualifies under 18 U.S.C. §924(e)(2) as a violent felony or serious drug offense for use in enhancing the defendant's sentence. Copies of the Judgements are attached.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
TERRY L. LINDSEY
Assistant United States Attorney
Court No. A5500037
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394-3002
Phone: (954) 356-7255 ext. 3557
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States Mail this day, December 26, 2002 to:

Samuel J. Smargon
Assistant Federal Public Defender
One East Broward Boulevard,
Suite 1100
Fort Lauderdale, Florida 33301

_____
Terry L. Lindsey
Assistant United States Attorney