

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    Case No.00-6018-CR-FERGUSON

**Vs.**

**GLENDRIX LOMAX**
      **Defendant(s).**
_____/

### NOTICE OF HEARING

    **PLEASE TAKE NOTICE** on the above-styled cause that has been set for a CHANGE OF

PLEA hearing before the undersigned at the United States District Court, **299 East Broward Blvd.,**

**Courtroom 207A, Ft. Lauderdale, Florida 33301, on January 28th , at 10:00 A.M.** Thirty (30)

minutes have been set aside for this hearing.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 17th day of January

2003.

                            _____

                            KAREN GARDNER
                            DEPUTY CLERK

copies provided:

Robin Rosenbaum, AUSA,
Sam Smargon, AFPD

