**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


JAN 28 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6018-CR-FERGUSON__      Date: __January 28, 2003__

Clerk: __Karen Gardner__      Reporter: __Carleen Horenkamp__

USPO: __N/A__      Interpreter: __N/A__

**UNITED STATES OF AMERICA vs.** __GLENDRIX LOMAX__
AUSA: __Terry Lindsay__

Defendant(s) Counsel: __Sam Smargon, AFPD,__

Defendant(s)  Present_____ Not Present _X_ In Custody_____

Reason for hearing: __**CHANGE OF PLEA**__

Result of hearing: __**Continued**__

Case Continued to: __2/10/03__   Time: __9:00__   P.M. __Plea__

