UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            Case No.00-6018-CR-FERGUSON

Vs.

GLENDRIX LOMAX
    Defendant(s).
_____/

RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a STATUS CONFERENCE hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on February 10th, 2003 at 9:00 A.M.** Thirty (30) minutes have been set aside for this hearing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 28th day of January 2003.

KAREN GARDNER
DEPUTY CLERK

copies provided:
Terry Lindsay, AUSA,
Sam Smargon, AFPD