

# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6018-CR-FERGUSON      Date: February 12, 2003

Clerk: Karen Gardner              Reporter: Carleen Horenkamp

USPO:        N/A                  Interpreter:      N/A

**UNITED STATES OF AMERICA vs.** GLENDRICK LOMAX

AUSA: Terry Lindsay

Defendant(s) Counsel: Sam Smargon, AFPD,

Defendant(s)  Present **X**   Not Present____   In Custody   X

Reason for hearing: **JURY TRIAL - DAY ONE.**
**HEARING ON MOTION TO SUPPRESS**

Result of hearing: Court heard argument of counsel prior to jury selection. Jury selection began.

Case continued to following day.

Case Continued to: 2/12/03   Time: 9:00   A.M.  Day two - trial

