# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 12 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6018-CR-FERGUSON          Date: February 12, 2003

Clerk: Karen Gardner                  Reporter: Carleen Horenkamp

USPO: N/A                             Interpreter: N/A

**UNITED STATES OF AMERICA vs.** GLENDRICK LOMAX

AUSA: Terry Lindsay

Defendant(s) Counsel: Sam Smargon, AFPD,

Defendant(s) Present **X**    Not Present____    In Custody **X**

Reason for hearing: **JURY TRIAL - DAY TWO**

Result of hearing: Judge ruled on motion to suppress. Motion to suppress denied. Defendant changed his plea to guilty and the jury was discharged.

Case Continued to: _____   Time: _____ A.M.

25