FILED by ___ D.C.

FEB 1 2 200-

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6018-CR-FERGUSON**

UNITED STATES OF AMERICA,

  Plaintiff,

  vs.

GLENDRICK LOMAX

    Defendant.

_____/

**MINUTES CHANGE OF PLEA**

On February 12, 2003, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with Sam Smargon, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/she** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to **the indictment.** After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

  Whereupon:

( )  The Court proceeded to pronounce sentence.

(X)  The Court postponed sentencing until **April 18, 2003 at 11:00 a.m.**

( )  and the defendant was allowed to remain on present bond until then;

( )  and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

(X)  and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

AUSA _Terry Lindsay_____
Reporter _Carleen Horenkamp___
Clerk _Karen Gardner_____



