UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6018-CR-FERGUSON



UNITED STATES OF AMERICA,   :

     Plaintiff,   :

vs.   :

GLENDRICK LOMAX,   :

     Defendant.   :
_____/

## OBJECTION TO THE PRE-SENTENCE INVESTIGATION REPORT

Glendrick Lomax, by counsel, hereby files this Objection to the Pre-Sentence Investigation Report ("PSI") for the following reason:

Paragraph 23 of the PSI, **"Adjustment for Acceptance of Responsibility"** authorizes that "the offense level is reduced by two levels pursuant to §3E1.1(a)". It is the position of Lomax that he should receive the extra point for the acceptance pursuant to §3E1.1 (b)(1), which states:

    (b)    If the defendant qualifies for a decrease under section (a), the offense level determined prior to the operation of subsection (a) is level **16** or greater, and the defendant has assisted authorities in the investigation or prosecution of his own misconduct by taking one or more of the following steps:
        (1)    timely providing complete information to the government concerning his own involvement in the offense;

    decrease the offense level by **1** additional level.

The <u>Application Notes</u>, 2 states that a defendant may receive the extra points even if "he exercises his constitutional right to a trial ...[or] to make a constitutional challenge to a statute or a challenge to the applicability of a statute to his conduct". The note goes on to state that the





determination for acceptance "will be based primarily upon pre-trial statements and conduct".

Lomax always intended to plead guilty. He did challenge the search and did conduct a Motion to Suppress, however, he did not testify at the motion, and accepted the ruling of the court by pleading guilty and not preserving the motion on appeal.

The PSI , par 87, states that the offense level for Lomax is 31, Criminal History VI for a guideline range of 188-235 months. It is the position of Lomax that if this court were to decrease the offense level by 1, pursuant to §3E1.1(b)(1), his offense level would be 30, Criminal History VI for a guideline range of 180-210; but for the 15 year minimum mandatory of his offense, his guideline range would be 168-210.

Wherefore, Glendrick Lomax hereby requests this court for a 1 point reduction in his offense level so that his guideline range would be 180-210.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Samuel J. Smargon
Assistant Federal Public Defender
Florida Bar No. 150230
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida  33301
(954) 356-7436
(954) 356-7556 (fax)

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

_30_ day of April, 2003 to Terry Lindsay, Assistant United States Attorney, 299 E. Broward

Blvd., Fort Lauderdale, Florida  33301.

Samuel J. Smargon

S:\SMARGON\Lomax\sentence 01 wpd