

FILED by _____ D.C.
MAY 2 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ADMINISTRATIVE ORDER 2003-36

**IN RE:**

**REASSIGNMENT OF DISTRICT JUDGE
WILKIE D. FERGUSON, JR.'S CASES**
_____/

Due to Judge Wilkie D. Ferguson, Jr.'s current medical incapacitation, and pursuant to Sections 2.07.00 and 3.03.00 of the Court Policy Manual, it is herein

**ORDERED** that the following civil cases will be transferred to the Honorable Jose E. Martinez forthwith:

| | |
|---|---|
| 0:00CV7215 | Cambell v. McBride |
| 0:02CV60105 | Guillaume v. Commissioner |
| 0:02CV60522 | McCurry v. State of Florida |
| 0:02CV60863 | In RE: Lang |
| 0:02CV61081 | Wiesner v. Commissioner of SSA |
| 0:02CV61426 | Harris v. School Board Broward |
| 0:02CV61524 | Gamble v. West Enterprise |
| 0:02CV61688 | Shealey v. Wells |
| 0:03CV60010 | Omega Condominium v. Federal Insurance |
| 0:03CV60112 | Roberts v. Wachovia Securities |
| 0:03CV60241 | Richemond v. Super Linen Service |
| 0:03CV60458 | CSP Technologies v. SUD-Chemie Inc. |
| 0:03CV60690 | Joseph v. Command Security |
| 0:03CV60829 | DirecTV Inc. V. Chinnon |
| 0:03CV60921 | Desztics v. Birch Pointe |
| 1:03CV21045 | American Home v. Aerotransportes Mas |
| 9:01CV9107 | Wilson v. B/E Aerospace Inc. |
| 9:02CV81063 | American Growers v. Redland Brokers |

It is further **ORDERED** that the following criminal cases will be likewise transferred to Judge Jose E. Martinez forthwith:

| | |
|---|---|
| 0:00CR6018 | United States v. Lomax |
| 0:00CR6368 | United States v. Callender |
| 0:02CR60142 | United States v. Colley |
| 0:02CR60230 | United States v. Eala |
| 0:03CR60049 | United States v. Love |



```
1:92CR331        United States v. Molina
1:96CR123        United States v. Aguilera
1:01CR767        United States v. Corzo
```

Magistrate Judge Lurana S. Snow shall effect the transfer of those cases that are currently referred to her by certifying that all pending fully briefed motions have been resolved and ordering that the Clerk transfer the cases to Magistrate Judge Robert L. Dubé, who is paired with Judge Martinez. Those cases which are not referred may be administratively transferred to the new Magistrate Judge by the Clerk upon the direction of Magistrate Judge Snow. The Clerk shall promptly execute the transfers to the new Magistrate Judge, and upon doing so shall immediately change the case's magistrate judge designation to Magistrate Judge Dubé.

The Clerk's Office is directed to ensure that counsel of record in all transferred cases is noticed of the transfer via the Court's Faxback program.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2003.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

c.   Judge Jose E. Martinez
     Magistrate Judge Lurana S. Snow
     Magistrate Judge Robert L. Dube'
     Clarence Maddox, Court Administrator • Clerk of Court
     All Counsel of Record