FILED by /s/ D.C.
JUN 16 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          Case No. 00-6018-CR-MARTINEZ

    Plaintiff,

vs.

GLENDRICK LOMAX

    Defendant.
_____/

### NOTICE RE-SETTING SENTENCING HEARING

**PLEASE TAKE NOTICE** that the above-styled cause has been set for **Sentencing** before the Honorable Jose E. Martinez, on **Tuesday, July 15, 2003 @ 3:30 p.m.**, in Courtroom 3, 3rd Floor, Federal Courthouse Square, 301 North Miami Avenue, Miami, Florida 33128.

DATED: June 16, 2003

                        /s/ Wanda Holston
                        WANDA HOLSTON
                        DEPUTY CLERK

copies provided:
Terry L. Lindsey, AUSA
Samuel J. Smargon, Esq
U.S. Probation Officer
U.S. Pretrial Services