UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6018-CR-MARTINEZ</u>

NIGHT BOX
FILED

JUL 15 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) |
| | ) |
| GLENDRICK LOMAX, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION
TO THE PRE-SENTENCE INVESTIGATION REPORT**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully responds to defendant's objection the pre-sentence investigation report. The undersigned has conferred with counsel for Glendrick Lomax, and does not object to his request to decrease the offense level by 1 additional level.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
TERRY L. LINDSEY
ASSISTANT UNITED STATES ATTORNEY
Court Bar Number: A5500037
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3557
Facsimile: (954) 356-7336
E-Mail: TERRY.LINDSEY@usdoj.gov



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was hand-delivered this 15th day of July, 2003 to:

Federal Public Defender's Office
Attn: Darryl Wilcox, AFPD
South Trust Bank Building, Suite 1100
1 East Broward Boulevard
Fort Lauderdale, Florida 33301

_____
TERRY L. LINDSEY
ASSISTANT UNITED STATES ATTORNEY