FILED by _WP_ D.C.
JUL 22 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SENTENCING MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6018-CR-JEM

DEFENDANT Glendrick Lomax            JUDGE Jose E. Martinez
Deputy Clerk Wanda Holston           DATE July 15, 2003
Court Reporter Susan Wiggins         USPO Carolyn L. Darville
AUSA Terry L. Lindsey                Deft's Counsel Samuel Smargon

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | — | 210 | Count 1 run concur w/ Broward County Case # 00-21915CF10A. Total time to begin from 12-11-00. |

| Supervised Release/Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | — | 1 |

COUNTS DISMISSED _____

Comments/Spec. Conds: Mental Hlth Program, Search To his Person, Court Advised deft. of right to Appeal.

Assessment $ 100 —    Fine $ 0    Restitution /Other 0

### CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: designate in Fed. facility close to S.Florida because of his children